

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2022

No. 04-22-00181-CV

**IN RE STATE EX REL. STEVEN A. WADSWORTH,**
County Attorney, Gillespie County, Texas

Original Mandamus Proceeding[1]

### ORDER

On March 31, 2022, relator filed a petition for writ of mandamus and the real party in interest responded. After reviewing the petition, the response, and the record, we conclude relator is partially entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART and DENIED IN PART. TEX. R. APP. P. 52.8(c).

The Honorable Christopher G. Nevins is ORDERED to no later than fifteen days from the date of this order, VACATE (1) that portion of decretal paragraph 4 in its March 23, 2022 Order ordering "the cell phone of the Complaining Witness, in the possession of and/or owned by [her parents] be brought and presented to the Court for the Court, and Court only, for in-camera inspection," and (2) the entirety of decretal paragraph 5 in its March 23, 2022 Order. That portion of its March 23, 2022 Order ordering that "no communications are to be deleted, modified, destroyed, manipulated, or hidden by any party prior to presentation to the Court" REMAINS IN PLACE. We DENY the petition for writ of mandamus in all other respects. The writ will issue only if we are notified that Judge Nevins has not complied within fifteen days from the date of this order.

It is so **ORDERED** on August 31, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2022.

_____
Michael A. Cruz, Clerk of Court

[1] This proceeding arises out of Cause No. JV-0018CCL, styled *In the Matter of M.A.C.S.C., a Juvenile*, pending in the County Court, Gillespie County, Texas, the Honorable Christopher G. Nevins presiding.